**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DASSAULT SYSTÈMES SE and DASSAULT SYSTÈMES SOLIDWORKS CORP.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**QINGDAO BELONG INTELLIGENCE EQUIPMENT CO., LTD., BELONG AUTOMOTIVE TECHNOLOGY, LLC, JIN XUE, YUJIA ZHAI, XIAOXU HUA, XIN YU, and FAN BAI,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:26-CV-350-CRW-DNM** |

**ORDER GRANTING PLAINTIFFS DASSAULT SYSTÈMES SE AND DASSAULT SYSTÈMES SOLIDWORKS CORP.'S MOTION FOR ALTERNATIVE SERVICE [DKT. NO. 8]**

Before the Court is Plaintiffs Dassault Systèmes SE and Dassault Systèmes SolidWorks Corp.'s (collectively, "Dassault's") Motion for Alternative Service. Dkt. No. 8. Dassault asks the Court to authorize them to serve Defendants Belong Automotive Technology, LLC (Belong USA) and Qingdao Belong Intelligence Equipment Co., Ltd. (Belong China) via serving the Texas Secretary of State, emailing Belong USA's registered agent for service of process, and posting the documents on the door in a clear envelope. *Id.* at 1.

Because Dassault intends to "make service" in Texas, the Court looks to Texas law to determine the proper methods of service. Dkt. No. 8 at 3–4; FED R. CIV. P. 4(e)(1) and 4(h)(1)(A); *see Cacho v. ACA Experts, LLC*, EP-23-CV-00456-DCG-MAT, 2024 WL 5364415 (W.D. Tex. Feb. 20, 2024).

Texas Rule of Civil Procedure 106 requires that a plaintiff may serve an individual or an entity using either personal service or service via certified mail, return receipt requested. If a plaintiff makes reasonable attempts to serve the defendant using one of those two methods but has not been successful, they move the Court to authorize alternative service via a motion with a sworn statement attesting to their reasonable attempts at service under Rule 106(a) and explaining which methods of alternative service would be effective. TEX. R. CIV. P. 106(b). *Id.* 106(b). Alternative service can include "any other manner" of service, so long as the plaintiff shows that it "will be reasonably effective to give the defendant notice of the suit." *Id*. 106(b)(2). If the plaintiff is serving a defendant business entity, the plaintiff may also use the methods outlined in Chapter 5 of the Texas Business Organizations Code. TEX. BUS. ORGS. CODE §§ 5.251–57. Section 5.251(1)(B) provides that "the secretary of state is an agent of an entity for purposes of service of process, notice, or demand on the entity if . . . the registered agent of the entity cannot with reasonable diligence be found at the registered office of the entity." *Id.* § 5.251(1)(B).

The defendants in question are a foreign entity, Belong China, and its Texas subsidiary, Belong USA. Dkt. No. 8 at 3. Belong USA is a registered entity in Texas with its registered office at 8408 Annalise Drive Suites 140 and 145, Austin, Texas, 78744, and Jin Xue as its registered agent. Dkt. Nos. 8-1 at 1, 8-2 at 2–3. Dassault has attempted to personally serve Belong USA in accordance with Texas Rule of Civil Procedure 106 and Federal Rule of Civil Procedure 4 by employing process server Cristie Purple, PSC-22515. Dkt. Nos. 8 at 4–5, 8-3 at 1. Purple first attempted service on June 4, 2026, at Belong USA's registered address. Dkt. No. 8-3 at 1. A sign on the door indicated that no one was in the office and that people with deliveries should call the number on the sign. *Id.* Purple did so and left a voicemail. *Id.* Purple attempted

personal service again the next day. *Id.* Once again, no one was in the office, but the sign about deliveries had been removed from the door. *Id.* Purple attempted service twice more to no avail. *Id.*

The Court finds that Dassault has shown reasonable diligence in attempting personal service and, despite that diligence, has been unsuccessful in serving Belong USA. Thus, this Court may authorize Dassault to use alternative manners of service. Because Jin Xue or anyone else, for that matter, could not with reasonable diligence be found at Belong USA's registered office, service upon the secretary of state as Belong USA's agent under Texas Business Organizations Code 5.251(1)(B) is appropriate. The Court further finds that posting a notice on the office door in a clear envelope will, in conjunction with the other methods of service, reasonably ensure that Belong USA receives notice of the suit because at least one person at Belong USA visits the registered office regularly enough to have removed the 'we-are-out-of-office' sign between Purple's visits. Additionally, Dassault may issue service to Belong USA via email to its registered agent because the evidence shows that Jin Xue may be reached via email. *See* Dkt. No. 8-2 at ¶¶ 6–9. Combining service on the secretary of state, service via publication on the door of Belong USA's registered office, and email service to its registered agent will only further ensure that Belong receives notice of this suit one way or the other.

Finally, the Court finds that Dassault may serve process of Belong China using the same means through which they may serve Belong USA. Even though he is the registered agent for Belong USA, Jin Xue's email address uses Belong China's domain name. *Id.* ¶ 9. Indeed, the evidence establishes that Belong USA is merely the United-States branch of Belong China, and that the companies are intertwined—so much so that Belong USA's registered agent likely works for Belong China. This evidence therefore indicates a high likelihood that serving Belong China

in the same manner as Belong USA—especially service through emailing Jin Xue—will reach Belong China and put Belong China on notice of the pending lawsuit.

Consequently, the Court **GRANTS** Dassault's Motion for Alternative Service and **ORDERS** that Dassault may serve process on both Belong USA and Belong China using the following means:

(1) Serving the Texas secretary of state, as agent for Belong USA;

(2) placing the documents for both entities in a clear envelope and posting the envelope on the door of Belong USA's registered office at 8408 Annalise Drive, Unit 140, Austin, Texas, 78744; and

(3) emailing the documents for both entities to Belong USA's registered agent, Jin Xue, at jin.xue@ccbelong.com.

**SIGNED** this 22nd day of July, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE