**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| DASSAULT SYSTÈMES SE and DASSAULT SYSTÈMES SOLIDWORKS CORP., | § | |
| Plaintiffs, | § | **CASE NO. 6:26-CV-00350-CRW-DNM** |
| v. | § | |
| QINGDAO BELONG INTELLIGENCE EQUIPMENT CO., LTD., BELONG AUTOMOTIVE TECHNOLOGY, LLC, JIN XUE, YUJIA ZHAI, XIAOXU HUA, XIN YU, and FAN BAI, | § | |
| Defendants. | | |

**DEFENDANTS QINGDAO BELONG INTELLIGENCE EQUIPMENT CO., LTD. AND BELONG AUTOMOTIVE TECHNOLOGY, LLC'S UNOPPOSED MOTION FOR EXTENSIONOF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

TO THE HONORABLE COURT:

Defendants QINGDAO BELONG INTELLIGENCE EQUIPMENT CO., LTD. and BELONG AUTOMOTIVE TECHNOLOGY, LLC (collectively "Belong Defendants") file this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and respectfully shows the Court as follows.

## I. BACKGROUND

1. Plaintiffs Dassault Systèmes SE and Dassault Systèmes SolidWorks Corp. (collectively, "Plaintiffs") filed their Complaint on June 1, 2026, asserting claims for copyright infringement, circumvention of technological protection measures under the Digital Millennium Copyright Act, and breach of contract. [Dkt. No. 1].

2. On July 22, 2026, the Court granted Plaintiffs' Motion for Alternative Service and authorized service on Belong Defendants by three means: service on the Texas Secretary of State, posting of the documents in a clear envelope on the door of the registered office at 8408 Annalise Drive, Unit 140, Austin, Texas, ***and*** email to Jin Xue. [Dkt. No. 9].

3. Belong Defendants' deadline to answer or otherwise respond is August 18, 2026. Belong Defendants request an extension of that deadline to and including September 17, 2026, an extension of thirty (30) days.

4. This is Belong Defendants' first request for an extension of this deadline. No scheduling order has been entered, and no hearing, trial, or other Court setting exists that would be affected by the requested extension.

**II. ARGUMENT AND AUTHORITIES**

5. Federal Rule of Civil Procedure 6(b)(1)(A) provides that when an act must be done within a specified time, the court may, for good cause, extend the time if a request is made before the original time expires. This Motion is filed before the expiration of Belong Defendants' current deadline, and the good-cause standard therefore governs. *See* FED. R. CIV. P. 6(b)(1)(A). The Rule is to be liberally construed to effect its purpose of allowing cases to be decided on the merits.

6. Good cause exists here. Undersigned counsel was only recently retained and requires additional time to review the Complaint and its six exhibits, investigate the factual allegations concerning software use, evaluate the availability of defenses under Rules 12(b)(2) and 12(b)(5) in light of the manner of service authorized by Dkt. No. 9, and prepare a responsive pleading or motion. Further, undersigned counsel will require additional time to translate documents.

7. The requested extension will not prejudice Plaintiffs. This case is in its earliest stage; no discovery has commenced, no scheduling order has issued, and no deadlines or settings will be

disturbed. The extension is sought so that this matter may be adjudicated on the merits, and not for purposes of delay.

8. By filing this Motion, Belong Defendants do not waive, and expressly reserve, all defenses available under Federal Rule of Civil Procedure 12, including without limitation any defense of lack of personal jurisdiction under Rule 12(b)(2) and insufficient service of process under Rule 12(b)(5). A request for an extension of time to respond to a complaint does not constitute a waiver of such defenses where, as here, they are preserved and raised in the first Rule 12 motion or responsive pleading.

## III. CERTIFICATE OF CONFERENCE

9. Pursuant to Local Rule CV-7(g), undersigned counsel certifies that on August 17, 2026, he conferred by email with Jeremiah Foley, Esq., counsel for Plaintiffs, in a good-faith attempt to resolve this matter by agreement. Counsel for Plaintiffs stated that Plaintiffs consent to the relief requested in this Motion.

## IV. CONCLUSION AND PRAYER

For the foregoing reasons, Belong Defendants respectfully request that the Court grant this Unopposed Motion and extend Belong Defendants' deadline to answer or otherwise respond to the Complaint to and including September 17, 2026, and grant Defendants such other and further relief to which it may be justly entitled. A proposed order is submitted herewith.

Dated: August 17, 2026

Respectfully submitted,

/s/ Albert Wai-Kit Chan
Albert Wai-Kit Chan, Ph.D.
Texas Bar No. 24052689
KINECT LAW®, PLLC
World Plaza, Suite 408
141-07 20th Avenue
Whitestone, NY 11357
Tel: (718) 799-1000
Fax: (718) 357-8552
Email: main@kinectlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Albert Wai-Kit Chan
Albert Wai-Kit Chan, Ph.D.